## WILLIAM G. TAYLOR AND HENRY DISBROW *versus* STEPHEN MACK AND SHUBAEL CONANT

Journal Entries (1823–25): *Journal 3:* (1) Rule to return certiorari *p. 397; (2) motion to quash certiorari *p. 475. *Journal 4:* (3) Appearance, motion to dismiss MS p. 21; (4) dismissed MS p. 30.

PAPERS IN FILE: (1) Affidavit for certiorari, allowance; (2) precipe for certiorari; (3) copy of rule to return certiorari and proof of service; (4) appearance, motion to dismiss.
*1822–23 Calendar*, MS p. 135.